IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DAVID GLADSTONE,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF BILLINGS, JEREMIAH ADAMS, and JOHN DOES 1-10.<br><br>    Defendants. | CV 22-33-BLG-SPW<br><br>ORDER |

Upon Stipulation between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED this 31st day of July, 2023.

*Susan P. Watters*
Susan P. Watters
U. S. DISTRICT JUDGE

1